UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-78-T-30TGW

CARLOS ALBERTO INFANTE

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Forfeiture Money Judgment (Doc. 35) in the amount of $4,000.00, which, upon entry, shall become a final order of forfeiture as to defendant Carlos Infante.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained at least $4,000.00 as a result of the drug conspiracy alleged in Count One of the Indictment, in violation of 21 U.S.C. § 846. Accordingly, it is hereby

ORDERED AND ADJUDGED that for good cause shown, the United States' motion (Doc. 35) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Fed R. Crim. P. 32.2(b)(2), defendant Carlos Infante shall be held jointly and severally liable with any subsequently convicted co-conspirators for a forfeiture money judgment in the amount of $4,000.00, which represents the amount of funds received by the defendant as a result of the drug conspiracy charged in Count One

of the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any of the defendant's property that the United States is entitled to seek as a substitute asset to satisfy the money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-78.forfeit 35.wpd

2